**2013–1259. Murphy v. Schneider.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1261. DeArmond v. O'Neill.**
In Mandamus. On complaint in mandamus of Brandon J. DeArmond and on S.Ct.Prac.R. 12.04 determination, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1273. Dumas v. Oppy.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1303. Robinson v. LaRose.**
In Habeas Corpus. On petition for writ of habeas corpus of Jackie Robinson. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1314. State ex rel. Payne v. Sheeran.**
In Procedendo. On motion for judgment on the pleadings. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1322. O'Neal v. Markus.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1332. Dingess v. Buchanan.**
In Habeas Corpus. On petition for writ of habeas corpus of George L. Dingess. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1333. State ex rel. Smith v. Sadler.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and O'NEILL, JJ., concur.
FRENCH, J., not participating.

**2013–1343. State ex rel. Battle v. Favreau.**
In Mandamus. On motion to dismiss of Matt Cook. Motion to dismiss granted. Motion for temporary injunction denied as moot. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1354. Jones v. Bradshaw.**
In Habeas Corpus. On petition for writ of habeas corpus of Jerome V. Jones. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1390. State ex rel. Rarden v. Sage.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1416. Pettyjohn v. Martin.**
In Mandamus. On complaint in mandamus of Donald Pettyjohn and on S.Ct.Prac.R. 12.04 determination, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1430. Gould v. Bradshaw.**
In Habeas Corpus. On petition for writ of habeas corpus of Jason A. Gould. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.